**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| PHIL TOMPKINS, *et al.*, derivatively on behalf of K-V Pharmaceutical Company,<br><br>Plaintiffs,<br><br>v.<br><br>GREGORY J. DIVIS, JR., *et al.*,<br><br>Defendants,<br><br>-and-<br><br>K-V PHARMACEUTICAL COMPANY,<br><br>Nominal Defendant. | **Case No.:** 4:11CV-1982 JAR |

## KV DEFENDANTS' MOTION TO DISMISS

COME NOW Nominal Defendant K-V Pharmaceutical Company ("KV" or "Company"), Defendants Gregory J. Divis, Jr. and Scott Goedeke, and Defendants David S. Hermelin, Joseph D. Lehrer, Mark A. Dow, Ana I. Stancic, Gregory S. Bentley, Robert E. Baldini, and David Sidransky (collectively "Director Defendants" and, collectively with KV, Divis, and Goedeke, "KV Defendants"), pursuant to Fed. R. Civ. P. 23.1, and move the Court to dismiss Plaintiffs' Amended Complaint for lack of standing. First, Plaintiffs have failed to allege that they were stockholders of KV at the time of the actions about which they complain, which requires dismissal of the Complaint. Fed. R. Civ. P. 23.1(b)(1). Second, Plaintiffs have failed to state with particularity that demand on KV's Board of Directors would be futile, which deprives them of standing to sue on the Company's behalf. Fed. R. Civ. P. 23.1(b)(3). Alternatively, the KV Defendants request that the Court stay the proceedings in this action pending the resolution of

the securities litigation currently being pursued in this Court, as proceeding with this litigation at this time would not be in the best interests of the Company, the claims in this case are dependent upon the resolution of the securities litigation, and a stay would avoid piecemeal litigation and conserve resources.  In support of this Motion, the KV Defendants have filed herewith and incorporate herein by reference their Memorandum of Points and Authorities in Support of their Motion to Dismiss.

WHEREFORE, KV Defendants respectfully request that the Court enter an order dismissing Plaintiffs' Amended Complaint with prejudice and for such other and further relief as this Court deems just and proper.

Dated: March 12, 2012                                    Respectfully submitted,


                                                          /s/ Robert P. Berry_____
                                                         Robert P. Berry, #46236MO

                                                         **BERRY & MAXSON, LLC**
                                                         16150 Main Circle Drive, Suite 120
                                                         St. Louis, Missouri 63017
                                                         Telephone:     (314) 480-5881
                                                         Facsimile:     (314) 480-5884
                                                         rberry@berrymaxson.com

                                                         F. Joseph Warin, *pro hac vice pending*
                                                         Jason E. Morrow, *pro hac vice*

                                                         **GIBSON, DUNN & CRUTCHER LLP**
                                                         1050 Connecticut Ave., N.W.
                                                         Washington, D.C. 20036-5306
                                                         Telephone:     (202) 887-3609
                                                         Facsimile:     (202) 530-9608

                                                         Attorneys for Nominal Defendant KV
                                                         Pharmaceutical Company and Defendants
                                                         Gregory J. Divis, Jr., Scott Goedeke, Robert
                                                         E. Baldini, Gregory Bentley, Mark A. Dow,
                                                         David S. Hermelin, Joseph D. Lehrer, David
                                                         Sidransky, M.D., and Ana I. Stancic

## **CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a true and accurate copy of the foregoing document was served via the Court's electronic filing system on this 12th day of March, 2012, on all counsel of record.

                                                     /s/ Robert P. Berry  
                                                     Robert P. Berry